1076

[No. 29345-5-II. Division Two. January 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHERINE MARY CHRISTENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 02-1-00034-2, Thomas J. Majhan, J., entered September 23, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 29661-6-II. Division Two. January 13, 2004.]

JOHN CHEN, ET AL., *Respondents*, v. WALTER THOMAS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-2-00539-3, M. Karlynn Haberly, J., entered November 27, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 21478-8-III. Division Three. January 15, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM A. FUTCH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-03213-6, Ellen K. Clark, J., entered October 9, 2002. *Reversed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kurtz, JJ.